IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>JERRY BROWN;<br><br>KEITH DICKEY;<br><br>DAVID D. DICKEY;<br><br>and<br><br>LAKE RAT, LLC d/b/a CAPTAIN'S SPORTS LOUNGE<br><br>    Defendants. | Case No. 19-00654-CV-W-GAF |

## **ORDER**

Having considered Plaintiff's Motion for Default Judgment (Doc. # 42) against Keith Dickey, and finding good cause for the relief requested has been shown, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED.  Default Judgment is entered against Defendant Keith Dickey on all Counts in Plaintiff's Complaint for Declaratory Judgment.

                                                   s/ Gary A. Fenner
                                                   GARY A. FENNER, JUDGE
                                                   UNITED STATES DISTRICT COURT

DATED:  April 29, 2020